# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ROGER GAYLEN LIND, JR., #2389557, § | |
| § | Civil Action No. 4:22-CV-343 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| SIXTH DISTRICT COURT OF LAMAR § | |
| COUNTY § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 18, 2023, the report of the Magistrate Judge (Dkt. #11) was entered containing proposed findings of fact and recommendations that *pro se* Plaintiff Roger Gaylen Lind, Jr.'s complaint against Defendant Sixth District Court of Lamar County be dismissed without prejudice under Federal Rules of Civil Procedure 41(b).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that *pro se* Plaintiff Roger Gaylen Lind, Jr.'s complaint against Defendant Sixth District Court of Lamar County is **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

SIGNED this 22nd day of February, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE